UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Jose C., | Civ No. 26-135 (PAM/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; | |
| Respondents. | |

---

**IT IS HEREBY ORDERED that:**

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Jose C. by no later than January 14, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits, including documentation of any criminal record, as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

      b.    A reasoned memorandum of law and fact explaining whether Petitioner has been granted a bond hearing and Respondents' legal position on Petitioner's claims; and

      c.    Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.    If Petitioner intends to file a reply to Respondents' answer, he must do so by January 16, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: <u>January 12, 2026</u>                        *s/ Paul A. Magnuson*
                                                            Paul A. Magnuson
                                                            United States District Court Judge