# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Cosquillo Quinatoa,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-135 PAM/DTS

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition (Docket No. 1) is **DENIED**;
2. The Motion for Writ (Docket No. 5) is **DENIED**; and
3. This action is **DISMISSED without prejudice**.

Date: 1/20/2026

KATE M. FOGARTY, CLERK