UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Jose C., | Civ No. 26-135 (PAM/DTS) |
| Petitioner, | |
| | **ORDER** |
| v. | |
| Pamela Bondi, Attorney General; Kristi Noem, Secretary, U.S. Department of Homeland Security; Todd M. Lyons, Acting Director of Immigration and Customs Enforcement; and David Easterwood, Acting Director, St. Paul Field Office Immigration and Customs Enforcement; | |
| Respondents. | |

This matter is before the Court on Petitioner Jose C.'s Motion to Alter or Amend Judgment under Fed. R. Civ. P. 59(e). (Docket No. 16.) Petitioner asks the Court to alter or amend its decision denying his application for a writ of habeas corpus by holding the matter in abeyance until the Eighth Circuit Court of Appeals issues an opinion in Herrera Avila v. Bondi et al., No. 25-3248. Avila has been on appeal before the Eighth Circuit since long before the petition in matter was filed. Petitioner fails to provide any reason for the Court to change its previous determination. See D. Minn. L.R. 7.1(j) (requiring compelling circumstances for reconsideration of a prior order).

Accordingly, **IT IS HEREBY ORDERED that** Petitioner's Motion to Alter or Amend Judgment (Docket No. 16) is **DENIED**.

Dated: February 19, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge